CITY OF LAS VEGAS
BRADFORD R. JERBIC
City Attorney
Nevada Bar No. 1056
ELIAS P. GEORGE
Deputy City Attorney
Nevada Bar No. 12379
egeorge@lasvegasnevada.gov
495 S. Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629 (office)
(702) 386-1749 (fax)
*Attorneys for City of Las Vegas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN D'ANDREA, individually and as special administratrix of the Estate of Brandon Charles Pickford; JEFFREY PICKFORD, individually; and TYLER JORDAN ROSS, individually,<br><br>Plaintiffs,<br><br>vs<br><br>CITY OF LAS VEGAS; LAS VEGAS FIRE & RESCUE; WILLIAM L. MCDONALD, individually and in his capacity as Fire Chief; BETSY FRETWELL, individually and in her capacity as City Manager; and JOHN DOES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-01300-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT CITY OF LAS VEGAS TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(First Request)** |

Pursuant to Local Rules 6-1, 6-2 and 7-1, Defendants City of Las Vegas, Las Vegas Fire & Rescue, William L. McDonald, and Betsy Fretwell ("Las Vegas Defendants"), and Plaintiffs Susan D'Andrea, Jeffrey Pickford, and Tyler Jordan Ross, by and through their respective counsel, hereby stipulate and respectfully request that the Court extend the deadline by two (2) weeks for the Las Vegas Defendants to answer or otherwise respond to Plaintiffs' complaint ("Complaint"). [Dkt. 1].

This extension request is not being sought to unduly delay the proceedings; rather, good cause exists for this extension as the City of Las Vegas requires the additional time to continue its internal investigation so that it may properly respond to the allegations contained in the

City of Las Vegas
495 S. Main Street
Sixth Floor
Las Vegas, Nevada 89101
(702) 229-6629

1 of 2

Complaint. Notably, Plaintiffs' counsel simultaneously served the Las Vegas Defendants with a series of civil rights complaints, including the present matter, which necessitates additional time on part of the various departments within the municipality to investigate Plaintiffs' allegations. *See Marie Theresa Nolan et al. v. City of Las Vegas et al.*, Case No. 2:15-cv-01346-JAD-CWH (D. Nev. 2015); *see also Karen Shelly et. al. v. City of Las Vegas et al.*, Case No. 2:15-cv-01405-APG-GWF (D. Nev. 2015).

The Las Vegas Defendants' responsive pleading is presently due on **Wednesday, August 19, 2015**, and the parties have stipulated that the defendants shall answer or otherwise respond to the Complaint by **Wednesday, September 2, 2015**. An additional two (2) weeks for the Las Vegas Defendants to file its responsive pleading will not alter the date of any event or any deadline already fixed by Court order.

DATED: August 18, 2015

/s/ Elias P. George
ELIAS P. GEORGE
Deputy City Attorney
CITY OF LAS VEGAS
Nevada Bar No. 12379
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
egeorge@lasvegasnevada.gov
*Attorneys for City of Las Vegas*

DATED: August 18, 2015

/s/ Mitchell S. Bisson
MITCHELL S. BISSON, ESQ.
CALLISTER & ASSOCIATES
Nevada Bar No. 11920
823 Las Vegas Blvd. South, Suite 330
Las Vegas, NV 89101
mbisson@call-law.com
*Attorneys for Plaintiffs*

IT IS SO ORDERED:

The Honorable V. Cam Ferenbach
UNITED STATES MAGISTRATE JUDGE

DATED: August 19, 2015

City of Las Vegas
495 S. Main Street
Sixth Floor
Las Vegas, Nevada 89101
(702) 229-6629