1  **MATTHEW Q. CALLISTER, ESQ.**
   Nevada Bar No. 1396
2  mqc@call-law.com
   **MITCHELL S. BISSON, ESQ.**
3  Nevada Bar No. 11920
   mbisson@call-law.com
4  **CALLISTER & ASSOCIATES**
   823 Las Vegas Blvd. South, Ste. 330
5  Las Vegas, NV 89101
   Tel. (702) 385-3343
6  Fax. (702) 385-2899
   *Attorneys for Plaintiffs*

7

8                  UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10

| | |
|---|---|
| SUSAN D'ANDREA, individually and as special administratrix of the Estate of Brandon Charles Pickford; JEFFREY PICKFORD, individually; and TYLER JORDAN ROSS, individually, | CASE NO.: 2:15-cv-01300-GMN-VCF |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS (First Request) |
| vs. | |
| CITY OF LAS VEGAS; LAS VEGAS FIRE & RESCUE; WILLIAM L. MCDONALD, individually and in his capacity as Fire Chief; BETSY FRETWELL, individually and in her capacity as City Manager; FRED DEIN, individually; MCNASTY'S AUTO & CYCLE, a sole proprietorship; and JOHN DOES I through X inclusive, | |
| Defendant(s). | |

     Pursuant to Local Rules 6-1, 6-2, and 7-1, Plaintiffs and Defendants City of Las Vegas, Las Vegas Fire & Rescue, William L. McDonald, and Betsy Fretwell (hereinafter "Defendants"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Court extend the deadline by which Plaintiffs are to file their Response to Defendants City of Las Vegas, Las Vegas Fire & Rescue, Fire Chief William L. McDonald, and City Manager Betsy Fretwell's Motion to Dismiss, which was filed on September 2, 2015 as Dkt. 13, from September

/…/…/

/…/…/

19, 2015 to **September 25, 2015**. This extension request is not being sought in bad faith or to unduly delay the proceedings.

Dated this 17th day of September, 2015.                    Dated this 17th day of September, 2015.

/s/ MATTHEW Q. CALLISTER, ESQ.
MATTHEW Q. CALLISTER, ESQ.
CALLISTER & ASSOCIATES
Nevada Bar No. 1396
823 Las Vegas Blvd. South, Suite 330
Las Vegas, NV 89101
mqc@call-law.com
*Attorneys for Plaintiffs*

/s/ ELIAS P. GEORGE, ESQ.
ELIAS P. GEORGE
Deputy City Attorney
CITY OF LAS VEGAS
Nevada Bar No. 12379
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
egeorge@lasvegasnevada.gov
*Attorneys for City of Las Vegas*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 09/23/2015