CITY OF LAS VEGAS
BRADFORD R. JERBIC
City Attorney
Nevada Bar No. 1056
JOHN CURTAS
Deputy City Attorney
Nevada Bar No. 1841
jcurtas@lasvegasnevada.gov
ELIAS P. GEORGE
Deputy City Attorney
Nevada Bar No. 12379
egeorge@lasvegasnevada.gov
JEFFRY M. DOROCAK
Deputy City Attorney
Nevada Bar No. 13109
jdorocak@lasvegasnevada.gov
495 S. Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629 (office)
(702) 386-1749 (fax)
*Attorneys for City of Las Vegas, Las Vegas Fire & Rescue; William L. McDonald; and Betsy Fretwell*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN D'ANDREA, individually and as special administratrix of the Estate of Brandon Charles Pickford; JEFFREY PICKFORD, individually; and TYLER JORDAN ROSS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LAS VEGAS; LAS VEGAS FIRE & RESCUE; WILLIAM L. MCDONALD, individually and in his capacity as Fire Chief; BETSY FRETWELL, individually and in her capacity as City Manager; and JOHN DOES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-01300-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR LAS VEGAS DEFENDANTS TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(First Request)** |

Pursuant to Local Rules 6-1, 6-2 and 7-1, Defendants City of Las Vegas, Las Vegas Fire & Rescue, William L. McDonald, and Betsy Fretwell ("Las Vegas Defendants"), and Plaintiffs Susan D'Andrea, Jeffrey Pickford, and Tyler Jordan Ross, by and through their respective

City of Las Vegas
495 S. Main Street
Sixth Floor
Las Vegas, Nevada 89101
(702) 229-6629

1 of 2

counsel, hereby stipulate and respectfully request that the Court extend the deadline by ten (10) days for the Las Vegas Defendants to reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss.  The Las Vegas Defendants' responsive pleading is presently due on **Monday, October 5, 2015**, and the parties have stipulated that the defendants shall reply to the Plaintiff's Opposition to the City Defendants' Motion to Dismiss by **Wednesday, October 14, 2015**.

This extension request is not being sought to unduly delay the proceedings; rather, good cause exists for this extension as the Las Vegas Defendants require the additional time because the Las Vegas City Attorney's Office, including its attorneys are attending and hosting the International Municipal Lawyers' Association annual conference that is being held at the Rio Hotel & Casino and will be running through next week.

An additional ten (10) days for the Las Vegas Defendants to file their reply will not alter the date of any event or any deadline already fixed by Court order.

DATED:  October 1, 2015                              DATED:  October 1, 2015

/s/ John Curtas_____             /s/ Mitchell S. Bisson_____
JOHN CURTAS                                            MITCHELL S. BISSON, ESQ.
Deputy City Attorney                                   CALLISTER & ASSOCIATES
CITY OF LAS VEGAS                                 Nevada Bar No. 11920
Nevada Bar No. 1841                                  823 Las Vegas Blvd. South, Suite 330
495 South Main Street, Sixth Floor            Las Vegas, NV 89101
Las Vegas, NV 89101                                 mbisson@call-law.com
jcurtas@lasvegasnevada.gov                    *Attorneys for Plaintiffs*
*Attorneys for City of Las Vegas*

IT IS SO ORDERED:

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE

DATED:  October 21, 2015

City of Las Vegas
495 S. Main Street
Sixth Floor
Las Vegas, Nevada 89101
(702) 229-6629