**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar No. 1396
mqc@call-law.com
**MITCHELL S. BISSON, ESQ.**
Nevada Bar No. 11920
mbisson@call-law.com
**CALLISTER & ASSOCIATES**
823 Las Vegas Blvd. South, Suite 330
Las Vegas, NV  89101
Tel. (702) 385-3343
Fax. (702) 385-2899
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN D'ANDREA, individually and as special administratrix of the Estate of Brandon Charles Pickford; JEFFREY PICKFORD individually; and TYLER JORDAN ROSS individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LAS VEGAS; LAS VEGAS FIRE & RESCUE; WILLIAM D. MCDONALD, an individually and in his capacity as Fire Chief; BETSY FRETWELL, an individual individually and in her capacity as City Manager; AND JOHN DOES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-CV-01300-GMN-VCF<br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

SUSAN D'ANDREA, JEFFREY PICKFORD, and TYLER JORDAN ROSS, by and through their counsel Matthew Q. Callister, Esq. and Mitchell S. Bisson, Esq., and Defendants by and through their counsel Elias P. George, Esq., representing that no trial has been set;

HEREBY STIPULATE AND AGREE that Plaintiffs' first, second, and third claims for relief be dismissed with prejudice, with each party to bear their own fees and costs.

FURTHER STIPULATE AND AGREE that Plaintiffs' fourth and fifth claims for relief be dismissed without prejudice, with each party to bear their own fees and costs.

**IT IS SO STIPULATED.**

DATED this 22nd day of September, 2016

| CALLISTER & ASSOCIATES | CITY OF LAS VEGAS |
|---|---|
| /s/Mitchell S. Bisson | /s/Elias P. George |
| **MATTHEW Q. CALLISTER, ESQ.**<br>Nevada Bar No. 1396<br>mqc@call-law.com<br>**MITCHELL S. BISSON, ESQ.**<br>Nevada Bar No. 11920<br>mbisson@call-law.com<br>823 Las Vegas Blvd. South, Suite 330<br>Las Vegas, NV  89101<br>*Attorneys for Plaintiffs* | **ELIAS P. GEORGE, ESQ.**<br>Deputy City Attorney<br>Nevada Bar No. 12379<br>egeorge@lasvegasnevada.gov<br>495 South Main Street, Sixth Floor<br>Las Vegas, NV 89101<br>Attorneys for Defendants |

**ORDER**

Pursuant to the foregoing stipulation, and good cause showing therefore:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiffs' first, second, and third claims for relief be dismissed with prejudice and Plaintiffs' fourth and fifth claims for relief be dismissed without prejudice, will all parties to bear their own attorneys' fees and costs.

The Clerk of Court shall close the case.

DATED this  23  day of September, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Callister & Associates, and on the 22nd day of September, 2016, the foregoing STIPULATION AND ORDER FOR DISMISSAL was served by CM/ECF system upon:

Elias P. George, Esq.
Deputy City Attorney
Nevada Bar No. 12379
egeorge@lasvegasnevada.gov
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
Attorneys for Defendants

/s/Carmen Solano
An Employee of Callister & Associates